Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 JUN 27 AM 11:08

BY: ECU    DEPUTY

ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 1976

Magistrate Case Number: ~~08-MJ-1443~~

The person charged as __Sirwan Hishair Missouri__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Nevada__

with __Concealing Persons from Arrest, Mail Fraud, Conspiracy and Attempt to Commit Mail Fraud__, in violation of __Title 18 U.S.C. sections 1071, 1341, and 1349__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 6/27/08

_Erin C. Phan_
(Name)
~~Deputy United States Marshal~~
FBI Special Agent

Reviewed and Approved:

Dated: 6/27/08

Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

SIRWAN HISHAIR MISSOURI
AKA SIRWAN HISHAIR ABDULWAHAP

## WARRANT FOR ARREST

Case Number: 2:08-mj-00365-LRL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Sirwan Hishair Missouri, a.k.a. Sirwan Hishair Abdulwahap
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Notice

I attest and certify on 6-25-08 that this is a full, true and correct copy of the original document.
LAWRENCE R. LEAVITT
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
By: _____ Deputy
                    Secretary

charging him or her with (brief description of offense)

Title 18, United States Code, Section 1071: Concealing Persons from Arrest
Title 18, United States Code, Section 1341: Mail Fraud
Title 18, United States Code, Section 1349: Conspiracy and Attempt to Commit Mail Fraud

in violation of Title 18 United States Code, Section(s) 1071, 1341, 1349

LAWRENCE R. LEAVITT
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

LAWRENCE R. LEAVITT
Signature of Issuing Officer

6/25/08 @ Las Vegas, Nevada
Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

72-LV-40906 CR

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SIRWAN HISHAIR MISSOURI, A/K/A,<br>SIRWAN HISHAIR ABDULWAHAP.<br><br>Defendant. | Case No. 2:08-mj-00365-LRL<br><br>COMPLAINT for Violation of<br><br>18 U.S.C. §1341, Mail Fraud<br><br>18 U.S.C. § 1349, Conspiracy and Attempt to Commit Fraud<br><br>18 U.S.C. §1071, Concealing Person from Arrest |

Chris Ormerod is a Special Agent (SA) with the Federal Bureau of Investigation (FBI), U.S. Department of Justice, hereafter referred to as "the affiant," and after duly sworn, deposes and says:

1. Your affiant is a Special Agent with the FBI assigned to the Las Vegas Division. Your affiant has been so employed for approximately two years. Prior to his employment with the FBI, your affiant was employed as a police officer with the St. Louis County, Missouri Police Department.

2. As a Special Agent with the FBI, your affiant has received extensive training in the investigation of violations of various federal statutes, including Title 18, United States Code, Sections 1341, 1349, and 1071. Your affiant is currently participating in a joint investigation with the Defense Criminal Investigative Service (DCIS) into the suspected bribery of certain Air Force

1

1  contracting officers in the Dayton, Ohio area who were accepting bribe payments from companies providing goods and services in support of the war effort in Iraq.

3.   Unless otherwise noted, when your affiant asserts that a statement was made, your affiant received the underlying information from either a law enforcement agent or a trusted and reliable confidential source or cooperating informant. The said law enforcement agent or confidential source/informant providing information, received said information by way of either personal knowledge or from another reliable source.

4.   This affidavit does not contain all information known to your affiant, but only that which is deemed sufficient by your affiant to establish probable cause for the issuance of warrants for the arrest of SIRWAN HISHIAR MISSOURI, aka SIRWAN HISHIAR ABDULWAHAP, a citizen of Iraq, for suspected violations of Title 18, United States Code, Section 1341: Mail Fraud; Title 18, United States Code, Section 1349: Conspiracy and Attempt to Commit Fraud; and Title 18, United States Code, Section 1071: Concealing Persons from Arrest.

5.   METIN ATILAN is the president and CEO of PMA Services, Ltd, Las Vegas, NV as well as KAYTEKS Ltd and PASHA company, both of Adana, Turkey. ATILAN is a dual citizen of the United States and Turkey. ATILAN was born in Adana, Turkey and later obtained US citizenship as a result of his marriage (later divorced) to a US Air Force officer. ATILAN is a contractor the US Department of Defense and provides construction services and the leasing of heavy equipment to several US military bases in Iraq.

6.   As a result of a joint investigation by the FBI and the DCIS in Dayton, Ohio, on May 22, 2008, ATILAN was arrested in Las Vegas, NV on a complaint and arrest warrant issued from the Southern District of Ohio, Dayton, Ohio after a complaint.

7.   As a result of the evidence obtained during the investigation, on May 14, 2008, an arrest warrant was issued for MATIN ATILAN in the Southern District of Ohio, Dayton, Ohio after a complaint was filed that Atilan had paid bribes to a U.S. Air Force Contracting Officer in exchange

2

1 for contracts and purchase orders awarded to his companies. On May 22, 2008, ATILAN was located in Las Vegas, Nevada and was arrested by DCIS and the FBI. At the time of his arrest, identification documents, including his U.S. passport were confiscated. ATILAN affirmed that he was in fact a US Citizen.

8. On May 29, 2008, ATILAN appeared in US District Court in Las Vegas, NV where he was advised of the allegations made against him. ATILAN was placed on home detention and was being monitored by an electronic bracelet pending a hearing date before the U.S. Magistrate Judge for the Southern District of Ohio, Dayton, Ohio.

9. On June 10, 2008, ATILAN was charged by indictment in the Southern District of Ohio on three federal criminal counts including 18 U.S.C. §201, Bribery of a Public Official; 18 U.S.C. §1343, Wire Fraud; and, 18 U.S.C. §1349, Conspiracy.

10. On June 15, 2008, the FBI and DCIS were notified that ATILAN cut off the ankle bracelet and fled from oversight from the authorities. Because of ATILANS escape, The US District Court in Nevada issued a warrant for ATILAN's arrest.

11. On June 19, 2008, your affiant received a telephone call from an informant and was provided a cellular telephone number used by ATILAN on Tuesday, June 17, 2008, (832-298-9276). The cell phone was examined and the subscriber, Haysa Ramazanoglu, address 8450 W. Charleston Avenue, Apt. 2065, Las Vegas, Nevada, was identified. On the same date, FBI Las Vegas located Kamil Ramazanoglu at 9225 W. Charleston Blvd, Apt. 2065, Las Vegas, Nevada. Ramazanoglu was interviewed and agreed to cooperate with the investigation. Ramazanoglu stated the phone number 832-298-9276 was indeed his phone and the bill is shared with his wife, Haysa. The bill is sent to his old address 8450 W. Charleston Blvd. Apt 2065. Ramazanoglu reported that he was introduced to ATILAN through his friend Levent Kolbay from when they lived in Turkey several years ago. On or about June 12, 2008, Ramazanoglu met ATILAN at the home of Theodore Williams, 5991 Desert Sun Drive, Las Vegas, Nevada. Also present at the Williams residence was Levent Kolbay, Metin

3

ATILAN, and Ayfer Atilan. Ayfer Atilan asked Ramazanoglu if she could send a package to his address when she arrived back to Turkey. At the time, Ramazanoglu did not know what Ayfer Atilan was sending him nor why she wanted to send it to his address; however, he agreed to receive the package.

12. Ramazanoglu further stated that on June 14, 2008, he was introduced to "Jimmy" (last name unknown) at Williams' house, also present was Metin ATILAN, Nezar Bek, and Levent Kolbay..

13. On June 19, 2008, Ramazanoglu reported to Las Vegas FBI that he was provided a UPS tracking number by Ayfer Atilan to track the package. Ayfer Atilan further advised him to contact "Jimmy" at 619-808-5259 when the package arrived. Ramazanoglu stated that he was contacted by Ayfer Atilan and "Jimmy" on June 18, 2008, inquiring if he in fact had received the package. A check of UPS tracking number H752 2170 388 showed that the package was in Louisville, Kentucky, awaiting further documentation. Ramazanoglu believed he was to contact the "Jimmy" he met at the residence of Theodore Williams on or about June 14, 2008.

14. Further investigation by FBI Cincinnati on June 21, 2008, determined that upon arrival into the Louisville UPS facility, a package with the aforementioned tracking number was selected by U.S. Customs for a random inspection. Upon entering the package, Customs found two identification cards from Finland and a Finland passport in the name of JIM TOMSIN LITMANNIN. The passport (passport # 205658-1522E) was shipped by SERHAT UYUMEZ from Istanbul, Turkey to Kamil Ramazanoglu at 9225 W. Charleston Blvd. Apt. 2065, Las Vegas, Nevada. The passport and identification cards both contained pictures of Metin ATILAN, although they were in the name of Jim Tomsin Litmannin.

15. On June 23, 2008, FBI Las Vegas received the package containing the fraudulent passports and identification cards from FBI Louisville. The package was taken to the Ramazanoglu residence by FBI Las Vegas. At this time, Ramazanoglu telephoned "Jimmy" to advise him that the

4

Package had arrived. "Jimmy" advised Ramazanoglu to mail the package overnight to Jimmy Missouri, 6358 Rancho Mission Road, Apt. 601, San Diego, California 92108. Further investigation into this address and Missouri revealed that Jimmy Missouri is in fact Sirwan Hishiar Missouri, date of birth (DOB) 05/290/1976. Ramazanoglu was shown a California driver's license photograph of Missouri who he positively identified as the "Jimmy" he met at the home of Theodore Williams.

16. Based on the information provided herein, your affiant believes that adequate probable cause exists to issue an arrest warrant for SIRWAN HISHIAR MISSOURI, a naturalized citizen of the United States, in the District of Nevada and elsewhere for violations of Title 18, United States Code, Section 1341: Mail Fraud; Title 18, United States Code, Section 1349: Conspiracy and Attempt to Commit Fraud; and, Title 18, United States Code, Section 1071: Concealing Persons from Arrest.

//S//
Chris Ormerod, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 25th day of June 2008.

**LAWRENCE R. LEAVITT**
The Honorable Lawrence R. Leavitt
United States Magistrate Judge

5