Waiver of Rule 5(c) and 5.1(a) Hearings

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

SIRWAN HISHAIR MISSOURI,
aka Sirwan Hishair Abdulwahap,

Magistrate Case No. 08MJ1976

WAIVER OF RULE 5(c) and 5.1(a) HEARINGS
(<u>Excluding</u> Probation/Supervised Release Violation)

I, **SIRWAN HISHAIR MISSOURI, aka Sirwan Hishair Abdulwahap,** understand that in the District of Nevada, charges are pending alleging violation of Title 18, United States Code, Section 1341, Mail Fraud, Title 18, United States Code, Section 1349, Conspiracy and Attempt to Commit Fraud, and Title 18, United States Code, Section 1071, Concealing Person from Arrest, and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1. Retain counsel or request the appointment of counsel if I am unable to retain counsel;

2. Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty <u>if</u> the United States Attorneys in both districts approve the transfer in writing;

3. A preliminary hearing if required by Federal Rules of Criminal Procedure 5.1 or 58(b)(2)(G) (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and

4. An identity hearing to determine if I am the same person named in the charging document.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary hearing

☐ identity hearing and have been informed I have no right to a preliminary hearing

☒ identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
SIRWAN HISHAIR MISSOURI
Defendant

_____
Defense Counsel

8-5-08
_____
Date

PGK/lb/August 5, 2008/Revised 12/02