FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**SIRWAN HISHAIR MISSOURI,**<br>  aka Sirwan Hishair Abdulwahap,<br><br>    Defendant. | Magistrate Case No. **08MJ1976**<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not in Custody)** |

A complaint has been filed in the District of Nevada, charging defendant SIRWAN HISHAIR MISSOURI, aka Sirwan Hishair Abdulwahap with Mail Fraud, in violation of Title 18, United States Code, Section 1341, Conspiracy and Attempt to Commit Fraud, in violation of Title 18, United States Code, Section 1349, and Concealing Person from Arrest, in violation of Title 18, United States Code, Section 1071. Defendant SIRWAN HISHAIR MISSOURI, aka Sirwan Hishair Abdulwahap was arrested on June 26, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said complaint. Defendant SIRWAN HISHAIR MISSOURI, aka Sirwan Hishair Abdulwahap then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant SIRWAN HISHAIR MISSOURI, aka Sirwan Hishair Abdulwahap, appear before United States Magistrate Judge Lawrence R. Leavitt, Courtroom 3C, Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd., South, Las Vegas, Nevada, on August 14, 2008, 3 pm for further proceedings.

Dated: 8/5/08

**HONORABLE CATHY ANN BENCIVENGO**
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

August 6, 2008

Clerk, U.S. District Court
District of Nevada - Las Vegas
333 Las Vegas Blvd South
Las Vegas, NV 89101

    Re:    08mj1976-BLM, USA v Missouri

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| x | Personal Surety Bond | | |
| x | Other | Conditions of Release; Modified Conditions of Release; Abstract | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:    s/J. Hinkle
    Deputy Clerk