**PLEASE RECEIPT AND RETURN**

[CLOSED]

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

2008 AUG 12 P 2: 43

U.S. DISTRICT COURT
DISTRICT OF NEVADA

KAREN RICHARDSON

August 6, 2008

Clerk, U.S. District Court
District of Nevada - Las Vegas
333 Las Vegas Blvd South
Las Vegas, NV 89101

FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:   08mj1976-BLM, USA v Missouri

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | ___ | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | x | Waiver of Removal |
| x | Personal Surety Bond | | |
| x | Other    Conditions of Release; Modified Conditions of Release; Abstract | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk